Electronically Filed - ST LOUIS COUNTY - August 26, 2025 - 11:26 AM

## IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY, MISSOURI

| | | |
|---|---|---|
| PANAGIOTA CHRISTAKIS | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No.: 25SL-CC06567** |
| | ) | |
| TRICAP CONCORD LLC | ) | |
| Serve Registered Agent: | ) | |
| VCORP Agent Services, Inc. | ) | |
| 5661 Telegraph Rd, Suite 4B | ) | |
| Saint Louis, MO 63129 | ) | |
| | ) | |
| *Defendant.* | ) | |

> **FILED**
> 09-23-2025
> JOAN M. GILMER
> CIRCUIT CLERK
> ST. LOUIS COUNTY, MO

### AMENDED PETITION FOR DAMAGES

COME NOW Plaintiff Panagiota Christakis, by and through counsel, and for her cause of action against the Defendant Tricap Concord LLC, alleges and states as follows:

### PARTIES

1.     At all relevant times herein, Plaintiff was a resident of Saint Louis County, Missouri.

2.     Defendant Tricap Concord LLC ("Defendant") is limited liability company registered to do business in the state of Missouri and may be served at the above address.

### JURISDICTION AND VENUE

3.     This Court has venue and jurisdiction over this action because the acts and/or omissions giving rise to this cause of action occurred Saint Louis County, Missouri.

### FACTUAL ALLEGATIONS

4.     On or about January 26, 2023, Defendants maintained, owned and operated the property located at 10500 Hackberry Drive, Saint Louis, Missouri (hereinafter "Premises").

Electronically Filed - ST LOUIS COUNTY - August 26, 2025 - 11:26 AM

5.    At all relevant times, Plaintiff was on the Premises and was injured due to a fall that occurred on the Premises, more specifically the parking lot due to the lack of ice and snow removal of the Defendant.

6.    On January 26, 2023, Plaintiff was walking in the parking lot of the Premises.

7.    Moments after Plaintiff, Plaintiff slipped on snow and ice in the parking lot.

8.    Upon information and belief, prior to Plaintiff's fall, Defendant took steps to ensure to ensure the Premises was free and clear of the dangerous snow and ice but failed to do so in a prudent manner.

9.    As a result of the fall, Plaintiff sustained significant injuries including, but not limited to, injuries to her right ankle.

10.   Plaintiff was treated by various healthcare professionals for her injuries.

11.   As a direct and proximate result of Defendants' negligence, and the unnecessary unreasonably dangerous condition of the premises owned by Defendants, Plaintiff suffered personal injuries, extreme physical pain and suffering, as well as emotional pain, anguish, and suffering from the fall.

12.   As a direct and proximate result of Defendants' negligence, and the unnecessarily dangerous condition of the premises, Plaintiff also sustained special damages in the form of substantial medical expenses and lost wages.

## COUNT I – PREMISES LIABILITY

13.   Plaintiff re-alleges and incorporates the above allegations as though fully set forth herein.

14.   On or about January 26, 2023, Plaintiff was walking on Defendant's property.

Electronically Filed - ST LOUIS COUNTY - August 26, 2025 - 11:26 AM

15. It was foreseeable that Plaintiff would be using the parking lot in question for ingress and egress to/from the premises.

16. The magnitude of risk to others was high, as the area in question was not properly free and clear of dangerous conditions

17. Defendant was on notice that the area in question was unsafe.

18. Defendant failed to correct the problems and/or take precautionary measures by adequately removing the snow and ice to prevent harm to others related to the Premises' front porch.

19. The benefit of adequately removing the snow and ice is very high in that the prevention of injury to others is a benefit to individuals located on the premises.

20. The cost and inconvenience of adequately removing the snow and ice is quite low compared to the risk of injury.

21. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered significant damages.

WHEREFORE, Plaintiff prays for judgment against Defendants on Count I of her Petition for Damages for sums that are fair and reasonable to compensate for the damage sustained in excess of $25,000.00, for cost incurred herein, for prejudgment interest, for reasonable attorneys' fees, and for any other relief the Court deems just and proper.

## COUNT II - NEGLIGENCE

22. Plaintiff re-alleges and incorporates the above allegations as though fully set forth herein.

23. Defendant owed Plaintiff a duty of care, including but not limited to, keeping the Premises safe.

Electronically Filed - ST LOUIS COUNTY - August 26, 2025 - 11:26 AM

24. Defendant breached its duties and failed to use the highest degree of care in numerous respects including, but not limited to, the following ways:

    a. Failing to keep a reasonably safe area which was used for ingress and egress to the Premises;

    b. Failing to adequately removing the snow and ice and give notice of its dangerousness;

    c. Failing to adequately warn of the dangerous and foreseeable condition of the subject area; and

    d. Failing to keep the area marked for its dangers.

25. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered significant damages.

WHEREFORE, Plaintiff prays for judgment against Defendants on Count II of her Petition for Damages for sums that are fair and reasonable to compensate for the damages sustained in excess of $25,000.00, for cost incurred herein, for prejudgment interest, for reasonable attorney's fees, and for any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues in this case.

Electronically Filed - ST LOUIS COUNTY - August 26, 2025 - 11:26 AM

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**


*/s/ Zachary M. Skinner*
Zachary M. Skinner MO #70360
Peter E. Goss        MO #57933
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 527-8658
Fax:    (816) 336-1310
Email:zskinner@thegosslawfirm.com
        pgoss@thegosslawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**LEAVE GRANTED:**

Judge        Division 18
September 23, 2025

5